**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael BUNTON, Defendant–
Appellant.**

No. 11–50125.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 23, 2014.*

Filed Oct. 1, 2014.

Scott M. Garringer, Assistant U.S., Curtis Arthur Kin, Esquire, Assistant U.S. Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Philip Deitch, Esquire, Trial, Philip Deitch Law Offices, Santa Monica, CA, for Defendant–Appellant.

Michael Bunton, Safford, AZ, pro se.

Before: W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Michael Bunton appeals from the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Bunton's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Bunton the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.